UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHERINE SWEENEY,

*Plaintiff*,

v.

ASSOCIATION OF INDEPENDENT
MORTGAGE EXPERTS, UNITED
WHOLESALE MORTGAGE, LLC, and
SARAH DECIANTIS,

*Defendants*.

_____/

Case No. 2:26-cv-10073

Hon. Linda V. Parker

Magistrate Judge Anthony P. Patti

**DEFENDANT SARAH DECIANTIS'S UNOPPOSED MOTION
TO SEAL FIRST AMENDED COMPLAINT AND TO
FILE REDACTED VERSION IN ITS PLACE**

Defendant Sarah DeCiantis ("Ms. DeCiantis") files this Unopposed Motion[1] to Seal First Amended Complaint to File Redacted Version In Its Place (the "Unopposed Motion"), and respectfully states as follows:

By way of this Unopposed Motion, Ms. DeCiantis seeks to remove her personal address from the public record. Ms. DeCiantis's personal address was referenced in the First Amended Complaint filed by Plaintiff in this case before the case was transferred to this Court. *See ECF No. 4* (*Plaintiff's First Amended*

---

[1] Pursuant to Local Rule 7.1(a), Ms. DeCiantis explained the nature of this Unopposed Motion and the relief requested, and obtained concurrence from Plaintiff Katherine Sweeney ("Plaintiff") and Defendant Association of Independent Mortgage Experts ("AIME") on January 8, 2026.

*Complaint*).² As such, her address is publicly available on this Court's docket. Ms. DeCiantis's personal address only appears in the First Amended Complaint for purposes of effectuating service. *Id. at ¶ 1.6.* Service has since been effectuated on Ms. DeCiantis, as counsel accepted service on her behalf to avoid further reference to her personal address in potential public filings.

Accordingly, and without opposition from Plaintiff and AIME, Ms. DeCiantis asks the Court to seal the First Amended Complaint and to file of record with the Court the redacted version of the First Amended Complaint, which is attached hereto as **Exhibit A** (i.e., the First Amended Complaint (ECF No. 4) with references to Ms. DeCiantis's address redacted).

WHEREFORE, Defendant Sarah DeCiantis respectfully requests that this Court grant her Unopposed Motion, sealing the First Amended Complaint and filing the redacted version of that document in its place, or grant such further relief as the Court deems appropriate.

---

² Ms. DeCiantis has filed a motion seeking similar relief from the transferor court in Texas.

Dated:  January 13, 2026           Respectfully submitted,

                             */s/ Matthew J. Lund*
MATTHEW J. LUND (P48632)
TROUTMAN PEPPER LOCKE LLP
500 Woodward Avenue, Suite 2800
Detroit, Michigan 48226
(248) 359-7300
Matthew.lund@troutman.com

JESSICA L. ROLLS (*admission pending*)
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
214.740.8000
Jessica.rolls@troutman.com

*Attorneys for Defendants United Wholesale Mortgage, LLC and Sarah DeCiantis*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHERINE SWEENEY,

      *Plaintiff*,

v.

ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS, UNITED WHOLESALE MORTGAGE, LLC, and SARAH DECIANTIS,

      *Defendants*.

_____/

Case No. 2:26-cv-10073

Hon. Linda V. Parker

Magistrate Judge Anthony P. Patti

## BRIEF IN SUPPORT OF DEFENDANT SARAH DECIANTIS'S UNOPPOSED MOTION TO SEAL FIRST AMENDED COMPLAINT AND TO FILE REDACTED VERSION IN ITS PLACE

For her Brief in Support of Defendant Sarah Deciantis's Unopposed Motion to Seal First Amended Complaint and to File Redacted Version in its Place, Defendant Sarah DeCiantis relies upon the reasons set forth in her Motion.

Dated:  January 13, 2026				Respectfully submitted,

				*/s/ Matthew J. Lund*
				MATTHEW J. LUND (P48632)
				TROUTMAN PEPPER LOCKE LLP
				500 Woodward Avenue, Suite 2800
				Detroit, Michigan 48226
				(248) 359-7300
				Matthew.lund@troutman.com

				JESSICA L. ROLLS (*admission pending*)
				TROUTMAN PEPPER LOCKE LLP
				2200 Ross Avenue, Suite 2800
				Dallas, TX  75201
				214.740.8000
				Jessica.rolls@troutman.com

				*Attorneys for Defendants United Wholesale Mortgage, LLC and Sarah DeCiantis*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KATHERINE SWEENEY,

    *Plaintiff*,

v.

ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS, UNITED WHOLESALE MORTGAGE, LLC, and SARAH DECIANTIS,

    *Defendants*.
_____/

Case No. 2:26-cv-10073

Hon. Linda V. Parker

Magistrate Judge Anthony P. Patti

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2026, I caused a copy of the foregoing Defendant Sarah DeCiantis's Unopposed Motion to Seal Certain Document and to File Redacted Version of this Certain Document to be electronically filed with the U.S. District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

                                       */s/ Matthew J. Lund*
                                       MATTHEW J. LUND (P48632)