**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

KATHERINE SWEENEY,

        Plaintiff,

v.

ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS, UNITED WHOLESALE MORTGAGE, LLC, and SARAH DECIANTIS,

        Defendants.

Case No. 2:26-10073

Hon. Linda V. Parker

Magistrate Judge Anthony P. Patti

**STATEMENT OF DISCLOSURE OF CITIZENSHIP
AND FINANCIAL AFFILIATIONS**

Pursuant to E.D. Mich. LR 83.4:

   United Wholesale Mortgage, LLC    (party name),

who is a (check one)   ☐ PLAINTIFF   ☒ DEFENDANT   ☐ OTHER: _____ makes the following disclosure:[1]

### PART I – CITIZENSHIP

☒ Jurisdiction for this action is based on diversity of citizenship under 28 U.S.C. § 1332. [If so, complete the other entries in Part I]

☐ This party is an individual who is a citizen of the State of _____.

☐ This party is a corporation incorporated in the State of _____ and with a principal place of business in the State of _____.

---

[1] Within this form, the term "entity" is defined in LR 83.4(a)(2).

☒   This party is an unincorporated association, general partnership, limited partnership, or limited liability company.

If so, identify the nature of the entity and the name and citizenship of every person or entity that is relevant for purposes of determining diversity citizenship, including the name and citizenship of any general partner, and the name and citizenship of each member of a limited liability company.

<u>United Wholesale Mortgage, LLC ("UWM") is a Michigan limited liability company. UWM's sole member and manager is UWM Holdings, LLC, a Delaware limited liability company, which is comprised of two members, SFS Holding Corp. and UWM Holdings Corporation. SFS Holding Corp is incorporated in Michigan and has its principal place of business in Michigan but is not a publicly traded corporation. UWM Holdings Corporation is incorporated in Delaware and has its principal place of business in Michigan.</u>

☐ This party is a trust.

If so, identify each trustee and each trustee's State of citizenship. If any trustee is an entity, identify the citizenship of the entity.

## PART II – FINANCIAL AFFILIATIONS

☐ None of the entries below applies to this party.

☐ This party has one or more parent entities.

If so, identify all parent entities.

☐ This party has one or more subsidiaries.

2

If so, identify all subsidiaries.

_____

_____

_____

☐ This party has one or more affiliates.

If so, identify all affiliates.

_____

☒ An entity, not a party to this action, has at least a 10% percent ownership interest in this party.

If so, identify all such owners.

_____See Above_____

_____

_____

☐ An entity, not a party to this action, has by reason of insurance, a franchise agreement, lease, profit sharing agreement, or indemnity agreement, a direct financial interest in the outcome of the litigation.

If so, identify each such entity's financial interest in the litigation.

_____

_____

_____

3

Dated:  January 21, 2026	Respectfully submitted,

*/s/ Matthew J. Lund*
MATTHEW J. LUND (P48632)
TROUTMAN PEPPER LOCKE LLP
500 Woodward Avenue, Suite 2800
Detroit, Michigan 48226
(248) 359-7300
Matthew.lund@troutman.com

JESSICA L. ROLLS
(*admission pending*)
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX  75201
214.740.8000
Jessica.rolls@troutman.com

*Attorneys for Defendants United Wholesale Mortgage, LLC and Sarah DeCiantis*

4