**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KATHERINE SWEENEY,

*Plaintiff*,

v.

ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS, UNITED WHOLESALE MORTGAGE, LLC, and SARAH DECIANTIS,

*Defendants*.
_________________________________/

Case No. 2:26-cv-10073

Hon. Linda V. Parker

Magistrate Judge Anthony P. Patti

**DEFENDANTS UNITED WHOLESALE MORTGAGE, LLC**
**AND SARAH DECIANTIS'S WITNESS LIST**

Defendants United Wholesale Mortgage, LLC ("UWM") and Sarah DeCiantis ("Ms. DeCiantis") (collectively, "Defendants"), by and through their undersigned counsel, Troutman Pepper Locke LLP, hereby submit their list of lay and expert witnesses pursuant to the Court's Scheduling Order (Phase 1) (ECF No. 24).

A. Plaintiff Katherine Sweeney ("Plaintiff").

B. Current and former employees, representatives, and custodians of record of Defendant Association of Independent Mortgage Experts ("AIME"), including but not limited to:

1. Marc Summers;

2. Jonathon Haddad;

3. Anthony Casa;
4. Karis Kohen;
5. Cliff Gilmore; and
6. Jennifer Leonard.

C. Current and former employees, representatives, and custodians of record of Defendant UWM, including but not limited to:

1. Ms. DeCiantis

D. Witnesses identified by AIME to whom Defendants do not object.

E. Witnesses identified during discovery.

F. Witnesses necessary for rebuttal.

G. Expert witnesses as may be determined necessary through ongoing discovery.

H. Expert witnesses necessary for rebuttal.

Defendants reserve the right to amend or supplement this witness list to add such other witnesses as discovery progresses.

Dated: July 31, 2026

Respectfully submitted,

*/s/ Matthew J. Lund*
MATTHEW J. LUND (P48632)
TROUTMAN PEPPER LOCKE LLP
500 Woodward Avenue, Suite 2800
Detroit, Michigan 48226
(248) 359-7300
Matthew.lund@troutman.com

JESSICA L. ROLLS
TROUTMAN PEPPER LOCKE LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201
214.740.8000
Jessica.rolls@troutman.com

*Attorneys for Defendants United Wholesale Mortgage, LLC and Sarah DeCiantis*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

KATHERINE SWEENEY,

*Plaintiff*,

v.

ASSOCIATION OF INDEPENDENT MORTGAGE EXPERTS, UNITED WHOLESALE MORTGAGE, LLC, and SARAH DECIANTIS,

*Defendants*.
_________________________________/

Case No. 2:26-cv-10073

Hon. Linda V. Parker

Magistrate Judge Anthony P. Patti

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I caused a copy of the foregoing Defendants United Wholesale Mortgage, LLC and Sarah DeCiantis's Witness List and this Certificate of Service of Service to be electronically filed with the U.S. District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants.

*/s/ Matthew J. Lund*
MATTHEW J. LUND (P48632)